UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------X

Alessi Domenico S.P.A.,

                Plaintiff,        CV-04-5383
                                    (CPS)(MDG)

    - against -                   ORDER

OTC International Ltd.,

                Defendant.

-------------------------------------------X

Upon the request of the parties, the order discontinuing the action, issued on September 10, 2007, is hereby amended and it is hereby

ORDERED that this Court will retain jurisdiction over the action in order to enforce the consummated settlement.

The Clerk is directed to transmit a copy of the within to all parties and to the assigned Magistrate Judge.

SO ORDERED.

Dated :   October 25, 2007
          Brooklyn, New York

                                        s/Hon. Charles P. Sifton
                                        _____
                                        United States District Judge